# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO: 19-45676-399 |
| AUSTIN JOSHUA WILLIAMS ) | Chapter 13 |
| ) | |
| ) | Re: Objection to Claim 6 filed by |
| ) |     INTERNAL REVENUE SERV |
| ) |     Acct: 0170 |
| ) | |
| **Debtor** ) | 18 OBJ: 11/20/2019 |
| ) | |

## CERTIFICATION AND ORDER FOR TRUSTEE'S OBJECTION TO CLAIM

    The Trustee certifies that she made service in accordance with applicable bankruptcy rules, that 21 days have passed since service of Trustee's objection and that Trustee has received no response in opposition to her objection or that any opposition has been resolved.

ORDCLM--AC

/s/ Diana S. Daugherty
Diana S. Daugherty
Standing Chapter 13 Trustee

## ORDER

    Upon Trustee's objection to claim number 6 filed by INTERNAL REVENUE SERV, for good cause shown, it is ORDERED that the Trustee's objection is SUSTAINED and the claim is allowed but ordered not paid by the Trustee. An amended claim may be filed.

**DATED: January 9, 2020**
**St. Louis, Missouri**

Barry S. Scherner
**Barry S. Scherner**
**United States Bankruptcy Judge**

Copy mailed to:

AUSTIN JOSHUA WILLIAMS
4720 SEATTLE ST
SAINT LOUIS, MO  63121

JONATHAN EDWARD BRENT ATTY
462 N TAYLOR
STE 105
ST LOUIS, MO  63108

INTERNAL REVENUE SERV
PO BOX 7346
INSOLVENCY UNIT
PHILADELPHIA, PA  19101-7346

US ATTORNEYS OFFICE
111 S 10TH ST
RM 20.333
ST LOUIS, MO  63102

Diana S. Daugherty
Standing Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO  63143

INTERNAL REVENUE SERV
PO BOX 7317
C/O MISSOURI CASES
PHILADELPHIA, PA  19101-7317